UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**James M. Prince and Donna M. Prince**
S.S. Nos.: xxx-xx-9995 and xxx-xx-0934
Mailing Address: 1501 Rougemont Road, Rougemont, NC 27572-

**Case No. 11-80297**

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on February 18, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 7, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 1/17/11 |
|---|---|
| Lastname-SS#: | Prince-9995 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Chase - 1st DOT | | $5,984 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Chase - 1st DOT | | $644 | N/A | n/a | $644.00 | land, home |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Duke FCU-910 | | $4,281 | 5.00 | $35 | $99.55 | 2004 Chevrolet |
| | Chase | | $5,720 | 5.00 | $53 | $133.01 | 2001 Chevrolet |
| | Duke FCU X Collateral | | $649 | 5.00 | $6 | $15.09 | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $829 |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,067** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **6.00** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Credit First
6275 Eastland Road
Brookpark, OH 44142-1399

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Allied Interstate
Post Office Box 361477
Columbus, OH 43236

Dress Barn *
World Financial Natwork Nat'l Bank
Post Office Box 182125
Columbus, OH 43218

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Brock & Scott, PLLC
5431 Oleander Drive
Suite 200
Wilmington, NC 28403

Duke Federal Credit Union **
2200 West Main Street
Suite L 100
Attn: Managing Agent
Durham, NC 27705

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Capital One ***
Post Office Box 30285
Salt Lake City, UT 84130-0285

Duke Federal Credit Union **
2200 West Main Street
Suite L 100
Durham, NC 27705

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One****
Post Office Box 85167
Richmond, VA 23285

Focus Receivables Management
Post Office Box 1976
Southgate, MI 48195-0975

Experian
P.O. Box 2002
Allen, TX 75013-2002

Chase ****
Cardmember Service
Post Office Box 15298
Attn: Managing Agent
Wilmington, DE 19850-5298

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Chase Auto Finance
Post Office Box 901077
Attn: Managing Agent
Fort Worth, TX 76101-2077

Kohls/Chase
PO Box 3115
Milwaukee, WI 53201-3115

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Commonwealth of Kentucky
57th Judicial Circuit
Frankfort, KY 40602

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

| | |
|---|---|
| Monogram Credit Card Bank<br>of Georgia<br>Post Office Box 981064<br>El Paso, TX 79998-1064 | Stephens Pipe and Steel, LLC<br>2817 Assembly Road<br>Greensboro, NC 27405 |
| NCO Financial Services **<br>PO Box 15630<br>Dept 72<br>Wilmington, DE 19850 | The Home Depot **<br>PO Box 653000<br>Dallas, TX 75265-3000 |
| North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | US Attorney's Office (MD)**<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |
| North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Waste Industries<br>Post Office Box 580496<br>Charlotte, NC 28258-0496 |
| Person County Tax Collector<br>105 South Main Street<br>P.O. Box 1701<br>Roxboro, NC 27573 | WFNNB<br>Post Office Box 182128<br>Columbus, OH 43218-2128 |

Person County Tax Collector
105 South Main Street
P.O. Box 1701
Attn: Managing Agent
Roxboro, NC 27573

Pro Consulting Services IINC
Post Office Box 66768
Houston, TX 77266

Retailers Nat'l Bank/Target**
c/o Creditors Rights & Bankruptcy
695 Rancocas Road, Suite 101
Westampton, NJ 08060

Social Security Administration
Southeastern Program Center
2001 12th Avenue North
Birmingham, AL 35285-0001