UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|                    | ) |                    |
|--------------------|---|--------------------|
| IN RE:             | ) |                    |
| JAMES M PRINCE     | ) | CASE NO. 11-80297  |
| DONNA M. PRINCE    | ) | CHAPTER 13         |
| DEBTORS            | ) |                    |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

**COMES NOW** JP Morgan Chase Bank, NA, successor by merger to Chase Home Finance, LLC (hereinafter "Chase") a secured creditor, by and through counsel, Brock and Scott, PLLC, hereby responds by objecting to Debtors' Objection to Claim. BAC denies the allegations asserted in Debtors' Objection to Claim.

This, the 9th day of June, 2011

    BROCK AND SCOTT, PLLC

    /s/Sean M. Corcoran
    Sean M. Corcoran
    Attorney for Chase
    5121 Parkway Plaza Drive, Suite 300
    Charlotte, NC 28217
    (704) 369-0676
    State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| JAMES M PRINCE | ) | CASE NO. 11-80297 |
| DONNA M. PRINCE | ) | CHAPTER 13 |
| DEBTORS | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

James M Prince
Donna M. Prince
1501 Rougemont Road
Rougemont, NC 27572

Mr. John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Mr. Richard M. Hutson, II
P.O. Box 3613
Durham, NC 27702

This 9th day of June, 2011.

Brock and Scott, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Chase
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar No.: 33387