

Loan #: ▮▮▮▮▮

| | | | |
|---|---|---|---|
| **Address:** 1007 JUNCTION RD    DURHAM    NC    27704 | | **Inspection Type:** | Exterior |
| **Borrower:** MILDRED ESTATE    .    HFN | | **APN:** | 168362 |

## I. Order Information

| | | | | | |
|---|---|---|---|---|---|
| Inspection Date: | 6/14/2011 | Deal Name: | | VMA Request ID: | |
| Client: | GMAC | BPO Vendor: | **CoreLogic** | Vendor Tracking ID: | 6688964 |
| Agent Name: | MICHELE ALEXANDER | Brokerage: | TRI-ALEXANDER PROPERTIES | Agent Phone: | |

## II. Subject Property Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Occupied: | Vacant | Property Type: | SFD | HOA Fees | | Zoning: | Residential |
| Last Sold Date: | | Last Sale Price: | | Data Source: | MLS | Currently Listed: | Yes |
| Agent Name: | Steven Wilson | Initial List Price: | 160,000 | Initial List Date: | 11/12/2010 | Current List Price: | 158,500 |
| Last Reduction Date: | 3/23/2011 | MLS #: | 1756357 | Total Repair Cost: | 0 | Est. Monthly Rent: | 1,000 |

**SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES:**
Subject is a small bungalow in 3.45 acre lot located in a rural area of mixed values. subject has no obvious exterior damage.

## III. Neighborhood Informaton

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Location Type: | Suburban | Supply/Demand: | Increasing | Price Trend: | Declining | Local Economic Trend: | Depreciating |
| Price Range: | 110,000 - 124,900 | | | Median Price: | 97,000 | Avg Marketing Time: | 71 |

**NEIGHBORHOOD COMMENTS:**
Subject is located in a rural area of mixed values. Homes are typically owner occupied. Average days on market for closed homes is 71 days and averge days on the market active is 169 days.

## IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 1007 JUNCTION RD, DURHAM NC | 1612 SHERRON RD, DURHAM NC | 1907 WENTZ DR, DURHAM NC | 12911 Boyce Mill Road, Raleigh NC | 4015 CHEEK RD, DURHAM NC | 3510 CHEEK RD, DURHAM NC | 901 ARVIN RD, DURHAM NC |
| Zip | 27704 | 27703 | 27703 | 27613 | 27704 | 27704 | 27704 |
| Data Source | MLS | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 3.98 | 6.35 | 8 | 2.15 | 1.24 | 1.01 |
| Sale price | | 135,700 | 157,000 | 107,000 | | | |
| Sale Date | | 3/16/2011 | 1/14/2011 | 3/16/2011 | | | |
| Orig. List Price | 160,000 | 149,900 | 160,000 | 129,000 | 110,000 | 135,000 | 124,900 |
| Cur./Final List $ | 158,500 | 145,500 | 160,000 | 129,900 | 110,000 | 115,000 | 124,900 |
| DOM | 155 | 102 | 56 | 52 | 98 | 258 | 89 |
| Lot Size | 3.45 | 2.48 | 3.26 | 1.45 | .85 | 4.31 | 1.14 |
| View | typical | typical | typical | typical | typical | typical | typical |
| Design/Style | Bung/Cott | Bung/Cott | Ranch | Ranch | Bung/Cott | Bung/Cott | Bung/Cott |
| Type/#Units | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 | SFD / 1 |
| Age | 73 | 57 | 35 | 51 | 59 | 54 | 43 |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 1,100 | 1,368 | 1,400 | 900 | 1,000 | 1,338 | 1,275 |
| # Rooms/Bd/Bth | 5 / 2 / 1 | 6 / 3 / 1 | 6 / 3 / 2 | 5 / 3 / 1 | 5 / 2 / 1 | 7 / 3 / 1 | 9 / 3 / 2 |
| Basement SF | 0 | 0 | 1400 | 0 | 0 | 0 | 616 |
| % Finished | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % |
| Garage Type | Gar Det | Gar Det | None | Gar Att | Carport | Carport | None |
| # Garage Stalls | 4 | 1 | | 1 | 2 | 1 | |
| Pool/Spa | no / no | no / no | no / no | no / no | no / no | no / no | no / no |
| Other Features | porch,deck | none | deck,porch | deck,porch | deck, | none | deck,patio |
| Sales Type | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| HOA Fees | | 0 | 0 | 0 | 0 | 0 | 0 |

**COMPARABLE PROPERTY COMMENTS:**

**Sale 1:** Owner resale in move in condition with detached garage and workshop.

**Sale 2:** Owner resale in good conditoin located in a rural area of mied values. has full unfinished basementt

**Sale 3:** Ranch in good condition located in a rural area of mixed values.

**List 1:** Owner resale in move in condition located in rural community.

**List 2:** Larger bungalow on a larger lot located in rural Durham county.

**List 3:** Brick ranch with basement located on a rural road.

## V. Marketing Strategy

| | 'As-Is' Price | 'Repaired' Price | Estimated Marketing Time for Subject: | 90 |
|---|---|---|---|---|
| Estimated Sale Price: | 140,000 | 140,000 | PRICE CONCESSIONS SUMMARY: | |
| Recommended List Price: | 144,000 | 144,000 | Subject is on a large lot in a rural area of mixed values. Subject has 2 2 car detached garages. | |



Loan #:

## VI. Repair Estimates

| Category | Comments | Estimated Cost |
|---|---|---|
| Roof | | |
| Sliding/Trim | | |
| Windows/Doors | | |
| Paint | | |
| Foundation | | |
| Garage | | |
| Landscaping | | |
| Fence | | |
| Other | | |
| | **Estimated Exterior Repairs:** | |
| Paint | | |
| Walls/Ceiling | | |
| Floors | | |
| Cabinets/Countertops | | |
| Plumbing | | |
| Electrical | | |
| Heating/AC | | |
| Appliances | | |
| Doors/Trim | | |
| Other | | |
| | **Estimated Interior Repairs:** | |
| | **Total Estimated Repairs:** | 0 |

## VII. Prior Sales & Listing History

| Date Listed | Date Sold | List Price | Sale Price | Date Source | Notes |
|---|---|---|---|---|---|
| 11/12/2010 | | 160,000 | | MLS | Subject is a small bungalow in |
| 11/12/2010 | | 158,500 | | MLS | Subject is a small bungalow in |
| | | | | | |

## VIII. Additional Comments

**BROKER COMMENTS:**
Subject is located in a rural area of mixed values. Subject is on 3.45acre lot. Tax value of lot is extremly high at 166912. I don't know why the lot value is so high. There is no indication that the lot would be commercial.

**VENDOR COMMENTS:**
**See Addendum**

**DISCLOSURE:**
This is a comparative market analysis and not an appraisal.

_____    _____
Broker Signature                Date

Neither CoreLogic nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this Broker Price Opinion. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Brokers Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose.

**Addendum**

Subject is located in a rural area of mixed values. Subject is on 3.45acre lot. Tax value of lot is extremly high at 166912. I don't know why the lot value is so high. There is no indication that the lot would be commercial.

QC:Comp proximity maps with the view map.
Browsed trulia no suitable comps found.

 

# Photos

| | TRACKING NUMBER<br>HFN | | CoreLogic ORDER NO.<br>6688964 |
|---|---|---|---|
| NAME<br>MILDRED ESTATE | ADDRESS<br>1007 JUNCTION RD | | CITY, STATE, ZIP<br>DURHAM, NC  27704 |

PHOTOS COMMENT

Subject Front



Subject Front



Subject Front





| ACCOUNT NUMBER | TRACKING NUMBER<br>HFN | CoreLogic ORDER NO.<br>6688964 |
|---|---|---|
| MILDRED ESTATE | ADDRESS<br>1007 JUNCTION RD | CITY, STATE, ZIP<br>DURHAM, NC  27704 |

PHOTOS COMMENT

Subject House Number



Subject - Other side



Subject - Other side





| ACCOUNT NUMBER | TRACKING NUMBER<br>HFN | CoreLogic ORDER NO.<br>6688964 |
|---|---|---|
| NAME<br>MILDRED ESTATE | ADDRESS<br>1007 JUNCTION RD | CITY, STATE, ZIP<br>DURHAM, NC  27704 |

PHOTOS COMMENT

Photos

Street View



Street View



Street Sign





| | TRACKING NUMBER<br>HFN | | CoreLogic ORDER NO.<br>6688964 | Photos |
|---|---|---|---|---|
| NAME<br>MILDRED ESTATE | ADDRESS<br>1007 JUNCTION RD | | CITY, STATE, ZIP<br>DURHAM, NC  27704 | |

PHOTOS COMMENT

Listing 1 (4015 CHEEK RD)



Listing 2 (3510 CHEEK RD)



Listing 3 (901 ARVIN RD)





| ACCOUNT NUMBER | TRACKING NUMBER<br>HFN | CoreLogic ORDER NO.<br>6688964 | Photos |
|---|---|---|---|
| MILDRED ESTATE | ADDRESS<br>1007 JUNCTION RD | CITY, STATE, ZIP<br>DURHAM, NC  27704 | |

PHOTOS COMMENT

Sold 1 (1612 SHERRON RD)



Sold 2 (1907 WENTZ DR)



Sold 3 (12911 Boyce Mill Road)





Aerial View





| | R C N N  ER<br>HFN | | CoreLogic ORDER NO<br>6688964 |
|---|---|---|---|
| MILDRED ESTATE | DDRE<br>1007 JUNCTION RD | | C      E<br>DURHAM, NC 27704 |

Road Map View



## 🚩 Subject Property

1007 JUNCTION RD
DURHAM, NC 27704

### ❶ Comp. Listing 1
4015 CHEEK RD
DURHAM, NC 27704
Dist From Subject: 2.15 Miles

### ❷ Comp. Listing 2
3510 CHEEK RD
DURHAM, NC 27704
Dist From Subject: 1.24 Miles

### ❸ Comp. Listing 3
901 ARVIN RD
DURHAM, NC 27704
Dist From Subject: 1.01 Miles

### ❶ Closed Sale 1
1612 SHERRON RD
DURHAM, NC 27703
Dist From Subject: 3.98 Miles

### ❷ Closed Sale 2
1907 WENTZ DR
DURHAM, NC 27703
Dist From Subject: 6.35 Miles

### ❸ Closed Sale 3   (Unable To Map)
12911 Boyce Mill Road
Raleigh, NC 27613
Dist From Subject: 8 Miles