C-13-16(FTP)
(Rev. 6/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: )   No. B-11-80297 C-13D
James M. Prince )
Donna M. Prince )
 )
    Debtor(s) )

**ORDER OVERRULING OBJECTION**

    On July 21, 2011, a hearing was held on Objection by the Debtors to Claim No. 5 in favor of Chase Home Finance ("Chase").  At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. Counsel for the Debtors stated to the Court that all matters in controversy had been settled. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Debtors' Objection should be overruled; therefore, it is

    ORDERED that the Objection by the Debtors to Claim No. 5 in favor of Chase is overruled.

# PARTIES TO BE SERVED
## Page 1 of 1
### 11-80297 C-13D

James M. Prince
Donna M. Prince
1501 Rougemont Rd.
Rougemont, NC 27572

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217